

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-66,867-07

### IN RE HECTOR MANUEL TORRES, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 241-0574-02 & 241-0575-02
### IN THE 241st DISTRICT COURT FROM SMITH COUNTY

*Per curiam.*

### **O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed applications for writs of habeas corpus in Smith County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Smith County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed habeas applications in Smith County, or forward copies of orders designating issues together with correspondence documenting the date the State received Relator's habeas applications. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: January 11, 2023
Do not publish